IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

FILED
U.S. BANKRUPTCY COURT
2009 DEC 14 PM 3: 13
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

IN RE: JACKSON, CHARLES ) CASE NO. 08-42770

DEBTOR(S) ) HON. KAY WOODS

) DIVIDENDS LESS THAN $5.00

Pursuant to 11 U.S.C. Section 347 and Bankruptcy Rule 3010, the herein Trustee has dividend distribution less than $5.00 and has submitted a check herewith payable to Clerk, United States Bankruptcy Court, Check No. 109 in the amount of $5.21.

The dividend relates to the following claimant:

Claimant: | Amount:
---|---

Embarq Florida, Inc.
P.O. Box 7971
Shawnee Mission, KS 66207 — $2.04

Ocala Electric Utility
201 SE 3rd St.
Ocala, FL 34471 — $3.17

/s/Richard G. Zellers
RICHARD G. ZELLERS(0011764)
TRUSTEE
3810 Starrs Centre Dr.
Canfield, OH 44406
330-702-0780
330-702-0788(facsimile)